USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MARMARA N DENIZCILIK TICAREF A.S.,          :          09 Civ. 6778 (SHS)

                  Plaintiff,          :

      -against-          :          ORDER

INGOSSTRAKH INSURANCE CO.,          :

               Defendant.          :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       A pretrial conference having been held today, with counsel for plaintiff appearing by telephone and counsel for defendant present, and the parties having notified the Court that the settlement agreement has been executed,

       IT IS HEREBY ORDERED that this action will be dismissed with prejudice on October 30, 2009.  The time between now and October 30 will be used for the parties to arrange for the orderly release of the attached funds.

Dated: New York, New York
      October 15, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.